McGREGOR W. SCOTT
United States Attorney
KRISTIN S. DOOR SBN 84307
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2723

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 2:04-CV-1495 WBS/GGH |
|---|---|---|
| Plaintiff, | ) | **EX PARTE APPLICATION TO MODIFY THE STATUS (PRETRIAL SCHEDULING) ORDER AND ORDER THEREON** |
| v. | ) | [Proposed] |
| APPROXIMATELY $14,173.00 IN U.S. CURRENCY, | ) | DATE: N/A |
| | ) | TIME: N/A |
| Defendant. | ) | COURTROOM: N/A |

Plaintiff United States of America submits this <u>ex parte</u> application to modify the March 29, 2005, Status (Pretrial Scheduling) Order. Good cause exists for the modification, as set forth below.

   1.   Three individuals (Andres Valdez, Patricia Valdez, and Orlando Flores) filed claims to the defendant currency.

   2.   Claimant Andres Valdez died on September 9, 2004.

   3.   On June 1, 2005, plaintiff filed a Statement of Fact of Death ("Statement") with respect to claimant Andres Valdez in accordance with Fed. R. Civ. P. 25(a)(1). Under Rule 25 the Statement is to be served on the decedent's successor or representative in the same manner as for the service of a summons

1

1 under Fed. R. Civ. P. 4.
2     4.   Under Rule 25(a)(1), a successor or representative of a
3 deceased party has 90 days from the date of service of the
4 Statement to move for substitution as the proper party.
5     5.   Under Rule 25(a)(1), if no one moves to substitute into
6 this case as Andres Valdez' successor or representative, "the
7 action shall be dismissed as to the deceased party."
8     6.   Accordingly, on June 30, 2005, the Statement of Fact of
9 Death was served on Regina Valdez, the person identified on
10 Andres Valdez' death certificate as his wife.
11     7.   Thereafter, Ms. Valdez contacted undersigned counsel
12 and informed counsel that she and Andres Valdez had never
13 married.
14     8.   Plaintiff then sought, and obtained, an order
15 permitting service of the Statement by publication in a manner
16 authorized by California Code of Civil Procedure 415.50.  That
17 order, signed on July 18, 2005, by Magistrate Judge Gregory G.
18 Hollows, authorizes the plaintiff to publish the Statement and
19 information about the deadline for decedent's successor or
20 representative to substitute in as a claimant in this case.  The
21 Statement and information is to be published once a week for four
22 consecutive weeks.
23     9.   On July 22, 2005 plaintiff requested the U.S. Marshal
24 to take the necessary steps to publish the Statement in
25 accordance with Magistrate Judge Hollows' order.
26     10.  Plaintiff has not yet received a proof of publication
27 and therefore does not know the dates of publication.  However,
28 plaintiff believes that any person who claims to be Andres

1  Valdez' successor or representative will have 90 days from the
2  date of last publication to file a motion to substitute into this
3  action.
4       11.  Claimants Patricia Valdez and Orlando Flores withdrew
5  their claims on August 15, 2005.  Accordingly, the only possible
6  claimant in this case is now Andres Valdez' representative or
7  successor, if any.
8       12.  Under the current Status (Pretrial Scheduling) Order
9  all discovery is to be completed by September 15, 2005; all
10 motions are to be filed on or before October 17, 2005; the Final
11 Pretrial Conference is January 17, 2006; and trial is set for
12 March 21, 2006.
13      13.  Since there is currently no living claimant in this
14 case, plaintiff requests that all dates under the scheduling
15 order be vacated, and that a status conference be scheduled
16 approximately 120 days from now.  If any person has moved to
17 substitute into this action, the case can be rescheduled at that
18 time.  If no one has moved to substitute in, plaintiff will move
19 for dismissal of Andres Valdez' claim.
20
21 Dated: September 7, 2005            McGREGOR W. SCOTT
                                       United States Attorney
22
23                                     /s/
                                       KRISTIN S. DOOR
24                                     Assistant U.S. Attorney
                                       Attorneys for plaintiff United
25                                     States of America
26
27
28

3

**ORDER**

Good cause having been shown, all dates in the Status (Pretrial Scheduling) order are hereby vacated, and a status conference is scheduled for <u>January 17, 2006 at 9:00 a.m.</u>

DATED:  September 9, 2005

*[signature]*
_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

4