```
McGREGOR W. SCOTT
United States Attorney
KRISTIN S. DOOR SBN 84307
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2723
```

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br>            ) <br>     Plaintiff, ) <br>            ) <br>    v.      ) <br>            ) <br> APPROXIMATELY $14,173.00 IN ) <br> U.S. CURRENCY, ) <br>            ) <br>     Defendant. ) <br> _____) | 2:04-CV-1495 WBS/GGH <br><br> **DEFAULT JUDGMENT AND FINAL JUDGMENT OF FORFEITURE** |

  This matter came on for hearing before the Honorable Magistrate Judge Gregory G. Hollows on plaintiff United States' ex parte motion for default judgment. Assistant U.S. Attorney Kristin S. Door appeared for plaintiff United States. There was no appearance by or on behalf of any other person or entity claiming an interest in the defendant property to oppose plaintiff's motion. The Magistrate Judge has recommended that plaintiff's motion for default judgment be granted. Based on the Magistrate Judge's Findings and Recommendations and the files and records of the Court, it is ORDERED, ADJUDGED AND DECREED:

  1. The Magistrate Judge's Findings and Recommendations are adopted herein.

1

  2. Orlando Flores, Patricia Valdez, and Andres Valdez, Jr. are held in default;

  3. A judgment by default is hereby entered against any right, title or interest of Orlando Flores, Patricia Valdez, or Andres Valdez, Jr. in the defendant property;

  4. A final judgment is hereby entered, forfeiting all right, title and interest in the defendant property to the United States of America, to be disposed of according to law.

  5. All parties shall bear their own costs and attorneys' fees.

  SO ORDERED, this 18th day of April, 2006.

*[signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2